UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTTI KAPLAN, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>-v-<br>RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE, and IMAX CORPORATION,<br>Defendants. | Case No.: 06-cv-06128 (NRB)<br>ECF CASE |
| SANTIAGO GUZMAN, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>-v-<br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, AND FRANCIS T. JOYCE<br>Defendants. | Case No.: 06-cv-06235 (NRB) |

(add'l captions to follow)

**DECLARATION OF NANCY KABOOLIAN IN SUPPORT OF WESTCHESTER CAPTIAL MANAGEMENT, INC.'S MOTION TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| ERIC S. BERGEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>-v-<br><br>RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE, and IMAX CORPORATION<br><br>Defendants. | Case No.: 06-cv-06313 (NRB) |
| MICHAEL J. LAROSA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Case No.: 06-cv-06349 (NRB) |
| ROBERT FEENEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Case No.: 06-cv-06449 (NRB) |

| | |
|---|---|
| FLOYD REYNOLDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Case No.: 06-cv-06693 (NRB) |
| ANTHONY CAIAFA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE, and KATHRYN A. GAMBLE,<br><br>Defendants. | Case No.: 06-cv-07057 (NRB) |
| ROBERT B. GRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Case No.: 06-cv-07162 |

NANCY KABOOLIAN, pursuant to 28 U.S.C. § 746, declares as follows under pain and penalty of perjury under the laws of the United States:

1. I am an associate of the law firm of Abbey Spanier Rodd Abrams & Paradis, LLP counsel for Westchester Capital Management Inc. ("Westchester Capital"). I submit this declaration, together with the exhibits annexed hereto, in support of the Westchester Capital's motion to consolidate all related cases, to be appointed as Lead Plaintiff and for approval of Lead Plaintiff selection of Lead Counsel.

2. Annexed hereto as Exhibit A is a copy of a press release published on August 11, 2006 over the MARKET WIRE regarding the pendency of this action.

3. Annexed hereto as Exhibit B is true and correct copy of the Westchester Capital's certification setting forth its relevant transactions in IMAX Corporation common stock.

4. Annexed hereto as Exhibit C is a chart setting forth the Westchester Capital's losses in connection with its relevant transactions in IMAX Corporation common stock.

5. Annexed hereto as Exhibit D is the firm biography of Abbey Spanier Rodd Abrams & Paradis, LLP.

Dated: October 10, 2006
New York, New York

Nancy Kaboolian
Nancy Kaboolian