# Attachment C

**CERTIFICATION OF PLAINTIFF**
**PURSUANT TO FEDERAL SECURITIES LAWS**

I, Gary & Marlene Creagh, ("Plaintiff(s)") declare, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a class action complaint asserting securities claims against IMAX, Inc. (IMAX) and wish to join as a plaintiff retaining Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as my counsel.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions in IMAX, Inc. during the of October 28, 2004 through February 16, 2006, inclusive, were as follows:

| DATE | TRANSACTION (buy/sell) | NO. OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| | | | |
| | See Attached | | |
| | | | |
| | | | |
| | | | |

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in any action under the federal securities laws except as follows:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

7. I make this Declaration to supplement my earlier declaration in which I indicated my transactions in IMAX, Inc. securities for the period February 17, 2006 through August 9, 2006

I declare under penalty of perjury that the foregoing true and correct.

Executed this 4 Day of Oct, 2006.

[signatures] Marlene Creagh

| Date | Transaction | Amount | Price |
|---|---|---|---|
| 1/24/2006 | buy | 2000 | 7.37 |
| 2/3/2006 | buy | 2000 | 8.31 |
| 2/7/2006 | buy | 5000 | 8.03 |
| 2/7/2006 | buy | 1000 | 8.25 |
| 2/8/2006 | buy | 1000 | 8.02 |
| 2/9/2006 | buy | 200 | 7.95 |
| 2/10/2006 | buy | 2500 | 7.68 |
| 2/10/2006 | buy | 500 | 7.69 |
| 2/13/2006 | buy | 2500 | 7.77 |