# Exhibit

# C

**Westchester Capital Management, Inc. GS Master Trust, MSS Merger Arbitrage Fund, The Merger Fund, The Merger Fund VL and SphinX Merger Arbitrage Fund**
**Schedule of IMAX Corporation Transactions**
**Class Period: February 17, 2006 - August 09, 2006**
**Common Stock**

| Purchases | | | | Sales | | | | Calculation of Losses Under PSLRA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Unit Price | Shares | Total | Trade Date | Unit Price | Shares | Total | Shares Held @ 10/6/2006 | Offset or (Loss) on Sales During Class Period | Offset or (Loss) on Sales After Class Period | Offset or (Loss) on Holdings @ $5.00 | Total Offset or (Loss) |
| Holdings @ 02/17/2006 | | - | | | | | | - | | | | |
| I. Share Sales Through 90-Day Lookback Period Matched Against Pre-Class Period Purchases (FIFO Basis) | | | | | | | | | | | | |
| | | | | | | | | | $ - | | | $ - |
| Subtotal I. | | | | | | - | $ - | | $ - | $ - | $ - | $ - |

| | |
|---|---|
| Lookback Period Beginning | 8/10/2006 |
| Lookback Period Ending | 10/6/2006 |
| # of Days In Lookback Period | 58 |

**Westchester Capital Management, Inc. GS Master Trust, MSS Merger Arbitrage Fund, The Merger Fund, The Merger Fund VL and SphinX Merger Arbitrage Fund**
**Schedule of IMAX Corporation Transactions**
**Class Period: February 17, 2006 - August 09, 2006**
**Common Stock**

| Purchases | | | | Sales | | | | Calculation of Losses Under PSLRA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Unit Price | Shares | Total | Trade Date | Unit Price | Shares | Total | Shares Held @ 10/6/2006 | Offset or (Loss) on Sales During Class Period | Offset or (Loss) on Sales After Class Period | Offset or (Loss) on Holdings @ $5.00 | Total Offset or (Loss) |
| **II. Shares Purchased and Sold Within Class Period (FIFO Basis)** | | | | | | | | | | | | |
| 3/9/2006 | $ 10.1500 | 64,800 | $ 657,720.00 | 5/1/2006 | $ 9.8510 | 12,200 | $ 120,181.80 | | | | | |
| 3/9/2006 | $ 10.1490 | 5,000 | $ 50,745.00 | 5/1/2006 | $ 9.8260 | 21,400 | $ 210,276.32 | | | | | |
| 3/9/2006 | $ 10.1490 | 5,100 | $ 51,759.90 | 5/1/2006 | $ 9.8355 | 900 | $ 8,851.97 | | | | | |
| 3/9/2006 | $ 10.1490 | 25,100 | $ 254,739.90 | 5/1/2006 | $ 9.8173 | 1,600 | $ 15,707.71 | | | | | |
| 3/10/2006 | $ 10.5639 | 40,040 | $ 422,977.54 | 5/1/2006 | $ 9.8522 | 37,205 | $ 366,550.99 | | | | | |
| 3/10/2006 | $ 10.5683 | 3,100 | $ 32,761.85 | 5/1/2006 | $ 9.8522 | 26,200 | $ 258,127.57 | | | | | |
| 3/10/2006 | $ 10.5635 | 3,176 | $ 33,549.68 | 5/1/2006 | $ 9.8522 | 19,495 | $ 192,068.58 | | | | | |
| 3/10/2006 | $ 10.5645 | 15,500 | $ 163,749.25 | 5/1/2006 | $ 9.8267 | 145,100 | $ 1,425,853.79 | | | | | |
| 3/13/2006 | $ 10.5644 | 3,000 | $ 31,693.20 | 5/1/2006 | $ 9.8522 | 1,000 | $ 9,852.19 | | | | | |
| 3/13/2006 | $ 10.6194 | 250 | $ 2,654.85 | 5/1/2006 | $ 9.8267 | 1,700 | $ 16,705.38 | | | | | |
| 3/13/2006 | $ 10.5594 | 250 | $ 2,639.85 | 5/1/2006 | $ 9.8472 | 3,000 | $ 29,541.59 | | | | | |
| 3/14/2006 | $ 10.6555 | 37,205 | $ 396,437.88 | 5/1/2006 | $ 9.8238 | 5,200 | $ 51,083.82 | | | | | |
| 3/14/2006 | $ 10.6682 | 26,200 | $ 279,506.84 | 5/2/2006 | $ 9.9852 | 15,872 | $ 158,485.85 | | | | | |
| 3/15/2006 | $ 10.5880 | 51,900 | $ 549,516.63 | 5/2/2006 | $ 9.9704 | 950 | $ 9,471.87 | | | | | |
| 3/15/2006 | $ 10.6356 | 2,700 | $ 28,716.00 | 5/2/2006 | $ 9.9862 | 750 | $ 7,489.63 | | | | | |
| 3/15/2006 | $ 10.5871 | 2,100 | $ 22,233.00 | 5/2/2006 | $ 9.9849 | 11,200 | $ 111,830.36 | | | | | |
| 3/15/2006 | $ 10.5988 | 1,700 | $ 18,018.00 | 5/8/2006 | $ 9.8597 | 1,650 | $ 16,268.50 | | | | | |
| 3/15/2006 | $ 10.5921 | 3,400 | $ 36,013.18 | 5/8/2006 | $ 9.8597 | 3,176 | $ 31,314.39 | | | | | |
| 3/15/2006 | $ 10.7050 | 200 | $ 2,141.00 | 5/8/2006 | $ 9.8597 | 250 | $ 2,464.92 | | | | | |
| 3/15/2006 | $ 10.6800 | 150 | $ 1,602.00 | 5/8/2006 | $ 9.8597 | 4,200 | $ 41,410.73 | | | | | |
| 3/15/2006 | $ 10.7400 | 100 | $ 1,074.00 | 5/8/2006 | $ 9.8597 | 200 | $ 1,971.94 | | | | | |
| 3/15/2006 | $ 10.5877 | 549,700 | $ 5,820,058.69 | 5/8/2006 | $ 9.8597 | 150 | $ 1,478.95 | | | | | |
| 3/15/2006 | $ 10.6300 | 28,200 | $ 299,766.00 | 5/8/2006 | $ 9.8597 | 100 | $ 985.97 | | | | | |
| 3/15/2006 | $ 10.5800 | 4,079 | $ 43,155.82 | 5/8/2006 | $ 9.8597 | 274 | $ 2,701.56 | | | | | |
| | | | | 5/24/2006 | $ 8.7897 | 4,677 | $ 41,109.56 | | | | | |
| | | | | 5/25/2006 | $ 8.7898 | 49 | $ 430.70 | | | | | |
| | | | | 5/25/2006 | $ 8.7897 | 5,000 | $ 43,948.64 | | | | | |
| | | | | 5/25/2006 | $ 8.7897 | 2,140 | $ 18,810.02 | | | | | |
| | | | | 5/30/2006 | $ 9.2397 | 1,300 | $ 12,011.63 | | | | | |
| | | | | 7/17/2006 | $ 9.3997 | 50,000 | $ 469,985.55 | | | | | |
| | | | | 7/18/2006 | $ 9.6903 | 125,000 | $ 1,211,287.77 | | | | | |
| | | | | 7/19/2006 | $ 10.0121 | 15,328 | $ 153,465.53 | | | | | |
| | | | | 7/19/2006 | $ 10.0121 | 1,572 | $ 15,739.03 | | | | | |
| | | | | 7/19/2006 | $ 10.0014 | 1,300 | $ 13,001.88 | | | | | |
| | | | | 7/19/2006 | $ 10.0130 | 127,500 | $ 1,276,656.51 | | | | | |
| | | | | 7/19/2006 | $ 10.0130 | 1,200 | $ 12,015.59 | | | | | |
| | | | | 7/19/2006 | $ 10.0082 | 3,100 | $ 31,025.27 | | | | | |
| | | | | 7/21/2006 | $ 10.1386 | 2,600 | $ 26,360.24 | | | | | |

**Westchester Capital Management, Inc. GS Master Trust, MSS Merger Arbitrage Fund, The Merger Fund, The Merger Fund VL and SphinX Merger Arbitrage Fund**
**Schedule of IMAX Corporation Transactions**
**Class Period: February 17, 2006 - August 09, 2006**
**Common Stock**

| Purchases | | | | Sales | | | | Calculation of Losses Under PSLRA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Unit Price | Shares | Total | Trade Date | Unit Price | Shares | Total | Shares Held @ 10/6/2006 | Offset or (Loss) on Sales During Class Period | Offset or (Loss) on Sales After Class Period | Offset or (Loss) on Holdings @ $5.00 | Total Offset or (Loss) |
| | | | | 7/21/2006 | $ 10.1386 | 10,612 | $ 107,590.32 | | | | | |
| | | | | 7/24/2006 | $ 10.1719 | 20,112 | $ 204,576.99 | | | | | |
| | | | | 7/24/2006 | $ 10.1688 | 4,888 | $ 49,705.17 | | | | | |
| | | | | 7/27/2006 | $ 10.7894 | 38,468 | $ 415,045.37 | | | | | |
| | | | | 7/27/2006 | $ 10.7894 | 3,000 | $ 32,368.10 | | | | | |
| | | | | 7/27/2006 | $ 10.7894 | 8,400 | $ 90,630.68 | | | | | |
| | | | | 7/27/2006 | $ 10.7857 | 250 | $ 2,696.42 | | | | | |
| | | | | 7/27/2006 | $ 10.7857 | 3,100 | $ 33,435.56 | | | | | |
| | | | | 7/27/2006 | $ 10.7857 | 250 | $ 2,696.42 | | | | | |
| | | | | 7/27/2006 | $ 10.7857 | 150 | $ 1,617.85 | | | | | |
| | | | | 7/27/2006 | $ 10.7897 | 62,493 | $ 674,278.71 | | | | | |
| | | | | 7/27/2006 | $ 10.7897 | 6,263 | $ 67,575.69 | | | | | |
| | | | | 7/27/2006 | $ 10.7897 | 2,626 | $ 28,333.66 | | | | | |
| | | | | 7/28/2006 | $ 10.7473 | 19,500 | $ 209,572.34 | | | | | |
| | | | | 7/28/2006 | $ 10.7365 | 1,300 | $ 13,957.48 | | | | | |
| | | | | 7/28/2006 | $ 10.7481 | 21,937 | $ 235,780.39 | | | | | |
| | | | | 7/28/2006 | $ 10.7481 | 13,463 | $ 144,701.25 | | | | | |
| | | | | 7/28/2006 | $ 10.7481 | 1,600 | $ 17,196.91 | | | | | |
| **Subtotal II.** | | **872,950** | **$ 9,203,230.06** | | | **872,950** | **$ 8,748,283.61** | - | $ (454,946.45) | $ - | $ - | $ (454,946.45) |

**Westchester Capital Management, Inc. GS Master Trust, MSS Merger Arbitrage Fund, The Merger Fund, The Merger Fund VL and SphinX Merger Arbitrage Fund**
**Schedule of IMAX Corporation Transactions**
**Class Period: February 17, 2006 - August 09, 2006**
**Common Stock**

| Purchases: Trade Date | Purchases: Unit Price | Purchases: Shares | Purchases: Total | Sales: Trade Date | Sales: Unit Price | Sales: Shares | Sales: Total | Shares Held @ 10/6/2006 | Calculation of Losses Under PSLRA: Offset or (Loss) on Sales During Class Period | Offset or (Loss) on Sales After Class Period | Offset or (Loss) on Holdings @ $5.00 | Total Offset or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **III. Shares Purchased During Class Period and Sold During 90-Day Lookback Period (FIFO Basis)** | | | | | | | | | | | | |
| 3/15/2006 | $ 10.5800 | 18,521 | $ 195,952.18 | 8/10/2006 | $ 5.7572 | 5,700 | $ 32,815.99 | | | | | |
| 3/15/2006 | $ 10.5900 | 18,100 | $ 191,679.00 | 8/10/2006 | $ 5.7298 | 500 | $ 2,864.91 | | | | | |
| 3/15/2006 | $ 10.5876 | 4,200 | $ 44,468.34 | 8/10/2006 | $ 5.7598 | 9,137 | $ 52,627.50 | | | | | |
| 3/15/2006 | $ 10.6300 | 200 | $ 2,126.00 | 8/10/2006 | $ 5.7598 | 18,100 | $ 104,252.79 | | | | | |
| 3/15/2006 | $ 10.5800 | 150 | $ 1,587.00 | 8/10/2006 | $ 5.7598 | 90,963 | $ 523,930.77 | | | | | |
| 3/15/2006 | $ 10.5900 | 100 | $ 1,059.00 | 8/10/2006 | $ 5.7598 | 600 | $ 3,455.89 | | | | | |
| 3/16/2006 | $ 10.3133 | 165,000 | $ 1,701,694.50 | 8/11/2006 | $ 5.9826 | 74,037 | $ 442,934.94 | | | | | |
| 3/16/2006 | $ 10.4679 | 50,000 | $ 523,395.00 | 8/11/2006 | $ 5.9826 | 963 | $ 5,761.26 | | | | | |
| 4/10/2006 | $ 10.1376 | 45,500 | $ 461,260.80 | 9/13/2006 | $ 5.1168 | 49,037 | $ 250,914.61 | | | | | |
| 4/11/2006 | $ 10.1184 | 75,000 | $ 758,880.00 | 9/13/2006 | $ 5.1168 | 45,500 | $ 232,816.34 | | | | | |
| 4/12/2006 | $ 10.0860 | 9,809 | $ 98,933.57 | 9/13/2006 | $ 5.1168 | 75,000 | $ 383,763.19 | | | | | |
| | | | | 9/13/2006 | $ 5.1168 | 17,043 | $ 87,206.35 | | | | | |
| **Subtotal III.** | | **386,580** | **$ 3,981,035.39** | | | **386,580** | **$ 2,123,344.54** | **-** | **$ -** | **$ (1,857,690.85)** | **$ -** | **$ (1,857,690.85)** |

**Westchester Capital Management, Inc. GS Master Trust, MSS Merger Arbitrage Fund, The Merger Fund, The Merger Fund VL and SphinX Merger Arbitrage Fund**
**Schedule of IMAX Corporation Transactions**
**Class Period: February 17, 2006 - August 09, 2006**
**Common Stock**

| Purchases | | | | Sales | | | | Calculation of Losses Under PSLRA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Unit Price | Shares | Total | Trade Date | Unit Price | Shares | Total | Shares Held @ 10/6/2006 | Offset or (Loss) on Sales During Class Period | Offset or (Loss) on Sales After Class Period | Offset or (Loss) on Holdings @ $5.00 | Total Offset or (Loss) |
| **IV. Shares Purchased During Class Period and Still Held At End of 90-Day Lookback Period (FIFO Basis)** | | | | | | | | | | | | |
| 4/12/2006 | $ 10.0860 | 65,191 | $ 657,516.43 | | | | | 65,191 | | | $ (331,656.83) | $ (331,656.83) |
| 4/13/2006 | $ 10.1045 | 35,200 | $ 355,678.40 | | | | | 35,200 | | | $ (179,729.91) | $ (179,729.91) |
| 5/4/2006 | $ 9.7917 | 100,000 | $ 979,170.00 | | | | | 100,000 | | | $ (479,316.34) | $ (479,316.34) |
| 5/8/2006 | $ 9.6200 | 5,000 | $ 48,100.00 | | | | | 5,000 | | | $ (23,107.32) | $ (23,107.32) |
| 5/9/2006 | $ 9.6076 | 5,000 | $ 48,038.00 | | | | | 5,000 | | | $ (23,045.32) | $ (23,045.32) |
| 5/17/2006 | $ 9.1052 | 56,300 | $ 512,622.76 | | | | | 56,300 | | | $ (231,205.15) | $ (231,205.15) |
| 5/24/2006 | $ 8.6100 | 11,866 | $ 102,166.26 | | | | | 11,866 | | | $ (42,853.62) | $ (42,853.62) |
| **Subtotal IV.** | | **278,557** | **$2,703,291.85** | | | **-** | **$0.00** | **278,557** | **$0.00** | **$0.00** | **$ (1,310,914.49)** | **$ (1,310,914.49)** |
| **Subtotal for II. - IV.** | | **1,538,087** | **$ 15,887,557.30** | | | **1,259,530** | **$ 10,871,628.15** | **278,557** | **$ (454,946.45)** | **$ (1,857,690.85)** | **$ (1,310,914.49)** | **$ (3,623,551.79)** |
| **Total I. - IV.** | | **1,538,087** | **$ 15,887,557.30** | | | **1,259,530** | **$ 10,871,628.15** | **278,557** | **$ (454,946.45)** | **$ (1,857,690.85)** | **$ (1,310,914.49)** | **$ (3,623,551.79)** |

Offset or (Loss) is calculated as follows:
For Pre-Class Period purchases which are sold during Class Period, Offset equals (sales price - PSLRA "Lookback Period" average price) x number of shares sold
For Class Period purchases which are sold during the Class Period, Offset (Loss) equals (sales price - purchase price) x number of shares sold
For Class Period purchases which are sold after the Class Period, Offset (Loss) equals (sales price - purchase price) x number of shares sold
For Class Period purchases which are held at the end of the "Lookback Period", Offset (Loss) equals (PRLSA "Lookback Period" average closing price - purchase price) x number of shares held

**Westchester Capital Management, Inc. GS Master Trust, MSS Merger Arbitrage Fund, The Merger Fund, The Merger Fund VL and SphinX Merger Arbitrage Fund**
**Schedule of IMAX Corporation Transactions**
**Class Period: February 17, 2006 - August 09, 2006**
**Common Stock**

| Purchases | | | |
|---|---|---|---|
| **Trade Date** | **Unit Price** | **Shares** | **Total** |

| Sales | | | |
|---|---|---|---|
| **Trade Date** | **Unit Price** | **Shares** | **Total** |

| Calculation of Losses Under PSLRA | | | | |
|---|---|---|---|---|
| Shares Held @ 10/6/2006 | Offset or (Loss) on Sales During Class Period | Offset or (Loss) on Sales After Class Period | Offset or (Loss) on Holdings @ $5.00 | Total Offset or (Loss) |

| **Net Expenditure Analysis (All Transactions)** | | | |
|---|---|---|---|
| Shares Purchased | 1,538,087 | $ | 15,887,557.30 |
| - Shares Sold | 1,259,530 | $ | 10,871,628.15 |
| = Net Actual Expenditures (Proceeds) | | $ | 5,015,929.15 |
| - Value of Shares Held [1] | 278,557 | $ | 1,392,377.36 |
| **= Net Expenditures (Proceeds)** | | **$** | **3,623,551.79** |

| **Net Expenditure Analysis (Class Period Purchases)** | | | |
|---|---|---|---|
| Shares Purchased | 1,538,087 | $ | 15,887,557.30 |
| - Shares Sold | 1,259,530 | $ | 10,871,628.15 |
| = Net Actual Expenditures (Proceeds) | | $ | 5,015,929.15 |
| - Value of Shares Held [1] | 278,557 | $ | 1,392,377.36 |
| **= Net Expenditures (Proceeds)** | | **$** | **3,623,551.79** |

[1] Shares Held equal to Shares Purchased Less Shares Sold
Valued at $4.998536585 per share, the average closing price between 08/10/2006 and 10/06/2006 (58 days of 'Lookback Period')