Buchwald, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY CAIAFA, et al.

Plaintiff,

v.

IMAX CORPORATION, RICHARD L. GELFOND, FRANCIS T. JOYCE, BRADLEY J. WECHSLER, and, KATHRYN A. GAMBLE

Defendants.

06 Civ. No. 7057

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendants by their undersigned counsel, as follows:

1. Defendants shall accept service of the above-captioned summons and complaint as of the date hereof;

2. Plaintiffs shall have 60 days from the appointment by the Court of a lead plaintiff and approval of lead plaintiff counsel pursuant to the Private Securities Litigation Reform Act of 1995 to file and serve a Consolidated Amended Complaint;

3. The time for defendants to answer or otherwise respond or move with respect to the Complaint shall be extended until 60 days after the filing of a



MICROFILM
OCT 10 2006 -9 00 AM

Returned to chambers for scanning on 10/17/06
Scanned by chambers on 10/18/06.

Consolidated Amended Complaint by the lead plaintiff.

Dated: New York, New York
September 26, 2006

ABRAHAM FRUCHTER & TWERSKY LLP
By: [signature]
Jack G. Fruchter (JF-8435)

Lawrence D. Levit (LL-9507)
One Penn Plaza, Suite 2805
New York, New York 10119
(212) 279-5050
Fax: (212) 279-3655
Email: Jfruchter@aftlaw.com

Attorneys for Plaintiff Anthony Caiafa

CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
By: [signature]
Lewis J. Liman (LJL-9166)

One Liberty Plaza
New York, New York 10006
(212) 225-2000
Fax: (212) 225-3999
Email: lliman@cgsh.com

Attorneys for Defendants

SO ORDERED:

[signature]

The Honorable Naomi Reice Buchwald, U.S.D.J. 10/5/06